IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Eastern Pacific Chartering (22) Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION |
| vs. | § | |
| | § | |
| Louis Dreyfus Company Freight Asia Pte Ltd., | § | |
| | § | |
| Defendant, | § | IN ADMIRALTY, Rule 9(h) |
| | § | |
| and | § | |
| | § | |
| Archer-Daniels-Midland Company | § | |
| Essex Cement Company LLC | § | |
| JSW Steel Holding (USA) Inc. | § | |
| Louis Dreyfus Company LLC | § | |
| Louis Dreyfus Company Ocean Freight LLC | § | |
| Louis Dreyfus Company Transport Logistics, Inc. | § | |
| Oakley International, LLC | § | |
| Oxbow Calcining International LLC | § | |
| Rahr Corporation | § | |
| Koch Fertilizer, LLC | § | |
| Yara North America, Inc. | § | |
| | § | |
| Garnishees. | § | |

**VERIFIED COMPLAINT WITH REQUEST FOR ISSUE OF
PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

Eastern Pacific Chartering (22) Inc. ("EPC22") brings this action against Louis Dreyfus

Company Freight Asia Pte Ltd. ("LDCFA") *quasi in rem* pursuant to Supplemental Rule B for

Certain Admiralty and Maritime Claims, requesting the issue of writs of maritime attachment and

garnishment including against Garnishees and states as follows:

**Jurisdiction and Venue**

1.      This is an action within this Court's admiralty jurisdiction pursuant to 28 U.S.C. §

1333 and is an admiralty or maritime claim within Fed. R. Civ. P. 9(h).   EPC22 further brings this

action pursuant to 9 U.S.C. §§ 1, 8 for security for arbitration which EPC22 has initiated against

LDCFA in London pursuant to a vessel charter party between EPC22 and LDCFA as more fully detailed below.

2.      Venue is proper in this District because the Garnishees are within the meaning of Supplemental Rule B located, can be found, and/or can be served with process in this District.

3.      Venue is also proper in this District because LDCFA's property is or soon will be in this District, namely, accounts payable from Garnishees to LDCFA.

4.      LDCFA cannot be found in this District within the meaning of Supplemental Rule B.

## The Parties

5.      EPC22 is a Liberian corporation, LDCFA is a Singapore corporation.   EPC22 is the disponent owner of the vessel M/T PACIFIC AZUR ("Vessel"), which as EPC22 sets out herein, was chartered to LDCFA.

6.      Garnishees each are entities with offices or agents located in this District which, on information and belief as detailed below, EPC22 reasonably believes hold accounts which are the property of and/or owing to LDCFA.

## Facts

7.      LDCFA sold a significant quantity of bleached and dried bulk palm olein ("Cargo") to a Greek company called Agroinvest, S.A.

8.      LDCFA then chartered the Vessel from EPC22 by way of a voyage charter party ("Charter Party") dated May 4, 2021.   The Charter Party requires LDCFA to indemnify and defend EPC22 from all claims concerning carriage of cargo aboard the Vessel, provides for London arbitration of Charter Party disputes, and is controlled by English law.

9.      On or about May 30-31, 2021, LDCFA caused the Cargo to be loaded on the Vessel at Balikpapan, Indonesia, for carriage to Achladi, Fthiotidas, Greece.   LDCFA loaded the cargo following LDCFA's stowage plan.

10.      The Cargo was discharged in Achladi, Greece on about July 15-16, 2021.   Upon the Vessel's arrival in Achladi, Agroinvest S.A. alleged that the temperature of the Cargo had significantly exceeded specifications for the transportation of the Cargo, and that the Cargo accordingly was damaged.   Agents for Agroinvest S.A. contended to EPC22 that the damage to the Cargo was attributable to negligent monitoring of the Cargo temperature inside the Vessels' tanks during the voyage.

11.      Any alleged over-heating and subsequent damage to the Cargo, however, is the fault of LDCFA, specifically, LDCFA's faulty stowage plan.   EPC22 therefore put LDCFA on notice that EPC22 would, in addition to the indemnity and defense obligations that LDCFA owes EPC22 under the Charter Party, look to LDCFA for any losses and/or damages arising out of EPC22's compliance with LDCFA's orders and stowage plan.

12.      Agroinvest S.A. by its agents, demanded that EPC22 pay it damages of EUR €1,650,894.30 (at present date approximately USD $1,681,749.51) plus interest.   On July 15, 2022 Agroinvest S.A. by its agents commenced London arbitration against EPC22.

13.      Further to its demand, Agroinvest S.A. threatened to arrest the Vessel at Durban, South Africa.   In order to avoid arrest, EPC22 had its insurer issue a Letter of Undertaking to Agroinvest, S.A. in the amount of EUR €2,047,108.93 + GPB £350,000 (at present date approximately USD 2,085,369.40 + USD $419,335.00 = USD 2,504.704.40).   The additional amount over Agroinvest, S.A.'s claimed damage, is to provide for arbitration costs including arbitrators' and attorneys' fees and interest.

14.     EPC22 has demanded that because of LDCFA's fault, namely, faulty stowage plan and obligations under the Charter Party, LDCFA in turn indemnify and defend EPC22 and secure EPC22 for the amounts for which EPC22 in turn has secured Agroinvest S.A.   LDCFA has failed or refused to provide the demanded security.

**Specific Allegations - Garnishees**

15.     As set out in **Exhibit A hereto**, import records further confirm the regular and ongoing business between LDCFA (carrier code LDCS) and Garnishees Archer-Daniels-Midland Company, Essex Cement Company LLC, JSW Steel Holding (USA) Inc., Oakley International, LLC, Oxbow Calcining International LLC, Rahr Corporation, Koch Fertilizer, LLC and Yara North America, Inc.   EPC22 therefore reasonably believes that these Garnishees owe accounts to LDCFA.

16.     Further, LDCFA is wholly owned by Garnishee Louis Dreyfus Company LLC and an affiliate of Garnishees Louis Dreyfus Company Ocean Freight LLC and Louis Dreyfus Company Transport Logistics, Inc., which each are also wholly owned by Garnishee Louis Dreyfus Company LLC.   Sebastien Landerretche, the CEO of LDCFA, is also the head of the Freight Platform of Garnishee Louis Dreyfus Company LLC.   By information and belief, because of the functions of each of these Garnishees to purchase and then transport commodities by ocean commerce, with LDCFA the entity within the Louis Dreyfus organization which both owns and charters ocean vessels, EPC22 therefore reasonably believes that these Garnishees also owe accounts to LDCFA.

**Count I – Breach of Contract – Security for Arbitration**

17.     EPC22 repeats the foregoing paragraphs.

4

18.     LDCFA has breached its maritime contract with EPC22 and caused EPC22 damages

and further caused EPC22 to be required, to avoid arrest of the Vessel, to post security in the

arbitration initiated against EPC22 by or for Agroinvest, S.A, which are subject to London

arbitration, for which EPC22 seeks security by way of funds and other property held by Garnishees,

as demanded below.

### Count II – Maritime Attachment and Garnishment (Rule B)

19.     EPC22 incorporates the above paragraphs as if fully set forth herein.

20.     EPC22 seeks issue of process of maritime attachment so that it may obtain

security for its claims in arbitration, including its contractual attorneys' fees and costs.

21.     No security for EPC22's claims has been posted by LDCFA or anyone acting on its

behalf.

22.     LDCFA cannot be found within this district within the meaning of Rule B, but is

believed to have, or will have during the pendency of this action, property and/or assets in this

jurisdiction because of the presence of each Garnishee in this District, namely, accounts owed

LDCFA by garnishees, as specified for each Garnishee, *supra*.

### Prayer for Relief

WHEREFORE, EPC22 prays:

A.     That in response to Count I, process of maritime attachment be issued to garnish and

attach property of LDCFA, including but not limited to, accounts payable owed or to be owed from

garnishees to LDCFA in the amount of at least **$2,945,801.40** (USD $2,504.704.40 for breach of

the Charter Party as detailed above, in the amount of the security which EPS22 has provided to

Agroinvest, S.A, plus a further amount for accrued and accruing interest, costs and attorneys' and

arbitrators' fees of at least USD $500,000 in security of EPC22's claims asserted or to be asserted

by EPC22 against LDCFA in London Arbitration) upon that total amount being garnished and

attached, this action to be stayed and the amount to await final award in arbitration and judgment

entered on such award by this Court;

B.      That in response to Count II since LDCFA cannot be found within this District

pursuant to Supplemental Rule B, this Court issue an Order directing the Clerk to issue Process of

Maritime Attachment and Garnishment pursuant to Rule B attaching all of LDCFA's tangible or

intangible property or any other funds held by any garnishee, up to the amount of at least the

amount demanded herein to secure EPC22's claims, and that all persons claiming any interest in the

same be cited to appear and, pursuant to Supplemental Rule B, answer the matters alleged in this

Verified Complaint;

C.      That as provided in Supplemental Rule B, that such person over 18 years of age be

appointed as moved for herein pursuant to Supplemental Rule B and Fed. R. Civ. P. 4(c) to serve

process of Maritime Attachment and Garnishment in this action; and

D.      That this Court award EPC22 such other and further relief that this Court deems

just and proper.

| | |
|---|---|
| **OF COUNSEL** | YOUNG CONAWAY STARGATT<br>& TAYLOR LLP |
| J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle<br>Baltimore, MD 21030<br>Telephone:  (410) 783-5795<br>Facsimile:  (410) 510-1789<br>jssimms@simmsshowers.com | _/s/ Timothy Jay Houseal_<br>Timothy Jay Houseal (Del. Bar ID No. 2880)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6682<br>thouseal@ycst.com |
| | *Attorneys for Eastern Pacific Chartering (22) Inc.* |
| Dated:   July 21, 2022 | |

**<u>VERIFICATION</u>**

I am a Principal of the law firm Simms Showers LLP, of counsel to EPC22.

The facts alleged in the foregoing complaint are true and correct to the best of my knowledge and information based upon the records of EPC22 made available to me by EPC22. EPC22's authorized officers are not readily available in this District to make verifications on EPC22's behalf.   I am authorized to make this verification on EPC22's behalf.

I further certify that, pursuant to Supplemental Rule B, I caused a search to be made of electronic records and Directory Assistance for addresses and telephone numbers in this District.   There is no record of any general or resident agent authorized to accept service of process for defendant LDCFA in this District.

Pursuant to 28 U.S.C. § 1746(1), I solemnly declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2022.

*/s/ J. Stephen Simms*
J. Stephen Simms
Simms Showers LLP
201 International Circle
Baltimore, Maryland 21030
Tel:   410-783-5795
Email: jssimms@simmsshowers.com