# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EASTERN PACIFIC CHARTERING (22) INC., <br><br> Plaintiff, <br><br> v. <br><br> LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD., <br><br> Defendant, <br><br> and <br><br> ARCHER-DANIELS-MIDLAND COMPANY, ESSEX CEMENT COMPANY LLC, JSW STEEL HOLDING (USA) INC., LOUIS DREYFUS COMPANY LLC, LOUIS DREYFUS COMPANY OCEAN FREIGHT LLC, LOUIS DREYFUS COMPANY TRANSPORT LOGISTICS, INC., OAKLEY INTERNATIONAL, LLC, OXBOW CALCINING INTERNATIONAL LLC, RAHR CORPORATION, KOCH FERTILIZER, LLC and YARA NORTH AMERICA, INC. <br><br> Garnishees. | C.A. No. 1:22-cv-00958-UNA |

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Brian M. Rostocki of Reed Smith LLP hereby enters his appearance on behalf of Garnishee Archer-Daniels-Midland Company.

- 2 -

Dated:  July 26, 2022                                REED SMITH LLP

*/s/ Brian M. Rostocki*
Brian M. Rostocki (No. 4599)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
brostocki@reedsmith.com

*Counsel for Garnishee Archer-Daniels-Midland Company*