# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Eastern Pacific Chartering (22) Inc., | § § § |
| Plaintiff, | § § C.A. NO.: 22-cv-958-CFC § |
| vs. | § § |
| Louis Dreyfus Company Freight Asia Pte Ltd., | § § § |
| Defendant, | § IN ADMIRALTY § |
| and | § § |
| Archer-Daniels-Midland Company<br>Essex Cement Company LLC<br>JSW Steel Holding (USA) Inc.<br>Louis Dreyfus Company LLC<br>Louis Dreyfus Company Ocean Freight LLC<br>Louis Dreyfus Company Transport Logistics, Inc.<br>Oakley International, LLC<br>Oxbow Calcining International LLC<br>Rahr Corporation<br>Koch Fertilizer, LLC<br>Yara North America, Inc. | § § § § § § § § § § § § § § § |
| Garnishees. | |

## SPECIAL RELEASE BOND

**KNOW ALL MEN BY THESE PRESENTS**, that Louis Dreyfus Company Freight Asia Pte Ltd., as principal, and United States Fire Insurance Company, as surety, are held and firmly bound unto the United States Marshal for the District of Delaware, his successors, solely for the benefit of the plaintiff, Eastern Pacific Chartering (22) Inc. (hereinafter "Plaintiff') in the sum of THREE MILLION, FOUR THOUSAND SEVEN HUNDRED FOUR DOLLARS AND FORTY CENTS ($3,004,704.40), lawful money of the United States of America;

**WHEREAS**, Louis Dreyfus Company Freight Asia Pte Ltd. in connection herewith preserves and in no way waives all objections to *in personam* jurisdiction and files this pleading

and posts this bond with full reservation of its rights and defenses in connection with its restricted Rule E(8) appearance to contest the Plaintiff's attachment of Louis Dreyfus Company Freight Asia Pte Ltd.'s account receivables ("Account Receivables'") owed to it by Archer-Daniels Midland, Company, Essex Cement Company LLC, JSW Steel Holding (USA) Inc., Oakley International, LLC, Oxbow Calcining International LLC, Rahr Corporation, Koch Fertilizer, LLC, Yara North America, Inc., Louis Dreyfus Company LLC, Louis Dreyfus Company Ocean Freight LLC and Louis Dreyfus Company Transport Logistics, Inc. ("Garnishees'");

**WHEREAS**, consistent with the Order Granting Writ of Maritime Attachment (Doc. No. 19), and. in consideration for Plaintiff releasing the Account Receivables from attachment under Rule B, and refraining from re-attaching or otherwise detaining or taking any action whatsoever against said Account Receivables, or any other property of Louis Dreyfus Company Freight Asia Pte Ltd., or, in the same or associated ownership, management or control in connection with the captioned matter, Louis Dreyfus Company Freight Asia Pte Ltd., as principal, and United States Fire Insurance Company, as surety, are hereby posting this Special Release Bond in the District of Delaware in the captioned action;

**WHEREAS,** this Special Release Bond is solely posted with respect to the Plaintiff's claim against Louis Dreyfus Company Freight Asia Pte Ltd. and for the limited purposes of (i) replacing the Plaintiff's attachment of Account Receivables, and (ii) providing security solely and exclusively for Plaintiffs claim in the Captioned Action against Louis Dreyfus Company Freight Asia Pte Ltd.; and no other person or entity that may allege any claims against Louis Dreyfus Company Freight Asia Pte Ltd. shall be secured by this Special Release Bond.

NOW, the condition of this Bond is such that, if the Louis Dreyfus Company Freight Asia Pte Ltd. and United States Fire Insurance Company, abide by all orders of this Court, and remit to the

Plaintiff the amount of any final judgment (after appeal, if any), specifically including any judgment that may be rendered against Louis Dreyfus Company Freight Asia Pte Ltd. or agreed upon settlement sum, inclusive of any interest and/or costs and/or fees, rendered, or agreed upon by the parties in this matter, then this Bond is immediately rendered null and void, but shall at all times otherwise remain in full force and effect and shall respond to pay any final judgment of this Court (after appeal, if any). However, in no event shall the aggregate liability of the principal and surety through this Bond exceed the sum of THREE MILLION, FOUR THOUSAND SEVEN HUNDRED FOUR DOLLARS AND FORTY CENTS ($3,004,704.40) (inclusive of interest allowable statutory costs, and attorneys' fees, if awarded).

In the event that Plaintiff's Subject Claim is settled by compromise and such settlement is confirmed in writing as final by Messrs. Blank Rome LLP, or by stipulation of the parties' attorneys made in open Court, then the surety also agrees to pay the amount of the settlement so confirmed not exceeding the sum of THREE MILLION, FOUR THOUSAND SEVEN HUNDRED FOUR DOLLARS AND FORTY CENTS ($3,004,704.40) (inclusive of interest allowable statutory costs, and attorneys' fees, if awarded).

It is understood and agreed between the parties to this undertaking that the total sum of THREE MILLION, FOUR THOUSAND SEVEN HUNDRED FOUR DOLLARS AND FORTY CENTS ($3,004,704.40) (inclusive of interest allowable statutory costs, and attorneys' fees, if awarded) can be reduced by the agreement of the parties to this bond or, failing said agreement, by order of the Court during the pendency of this obligation.

Witness our respective names, hereunder affixed by us this 15 day of August, 2022.

| United States Fire Insurance Company | Respectfully submitted, |
|---|---|
| *signature* <br> Conway C. Marshall, Attorney-in-Fact | /s/ *James G. Gorman III* <br> _____ <br> James G. Gorman III (No. 6284) <br> **201 N. Market Street, Suite 800** <br> Wilmington, Delaware 19801 <br> Telephone: (302) 425-6431 <br> James.Gorman@blankrome.com <br><br> *Attorneys for Louis Dreyfus Company* <br> *Freight Asia Pte Ltd.* |

# POWER OF ATTORNEY
## UNITED STATES FIRE INSURANCE COMPANY
### PRINCIPAL OFFICE - MORRISTOWN, NEW JERSEY

**KNOW ALL MEN BY THESE PRESENTS**: That United States Fire Insurance Company, a corporation duly organized and existing under the laws of the state of Delaware, has made, constituted and appointed, and does hereby make, constitute and appoint: **Clark Fitz-Hugh; Conway C. Marshall; Elizabeth W. Kearney; Sara S. DeJarnette; Linda C. Sheffield; Catherine C. Kehoe; Stephen Beahm; Kristine Donovan; Jessica Palmeri; Elizabeth Schott; David C. Joseph; Roxanne Craven; Andrea Becker; Kelli Cross;Amanda Riedl of International Sureties, Ltd.**

each, its true and lawful Attorney(s)-In-Fact, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver: Any and all bonds and undertakings of surety and other documents that the ordinary course of surety business may require, and to bind United States Fire Insurance Company thereby as fully and to the same extent as if such bonds or undertakings had been duly executed and acknowledged by the regularly elected officers of United States Fire Insurance Company at its principal office, in amounts or penalties not exceeding: **One Hundred Twenty Five Million Eight Hundred Dollars ($125,800,000)**

This Power of Attorney limits the act of those named therein to the bonds and undertakings specifically named therein, and they have no authority to bind United States Fire Insurance Company except in the manner and to the extent therein stated.

This Power of Attorney revokes all previous Powers of Attorney issued on behalf of the Attorneys-In-Fact named above and expires on January 1, 2023.

This Power of Attorney is granted pursuant to Article IV of the By-Laws of United States Fire Insurance Company as now in full force and effect, and consistent with Article III thereof, which Articles provide, in pertinent part:

Article IV, Execution of Instruments - Except as the Board of Directors may authorize by resolution, the Chairman of the Board, President, any Vice-President, any Assistant Vice President, the Secretary, or any Assistant Secretary shall have power on behalf of the Corporation:

(a) to execute, affix the corporate seal manually or by facsimile to, acknowledge, verify and deliver any contracts, obligations, instruments and documents whatsoever in connection with its business including, without limiting the foregoing, any bonds, guarantees, undertakings, recognizances, powers of attorney or revocations of any powers of attorney, stipulations, policies of insurance, deeds, leases, mortgages, releases, satisfactions and agency agreements;
(b) to appoint, in writing, one or more persons for any or all of the purposes mentioned in the preceding paragraph (a), including affixing the seal of the Corporation.

Article III, Officers, Section 3.11, Facsimile Signatures. The signature of any officer authorized by the Corporation to sign any bonds, guarantees, undertakings, recognizances, stipulations, powers of attorney or revocations of any powers of attorney and policies of insurance issued by the Corporation may be printed, facsimile, lithographed or otherwise produced. In addition, if and as authorized by the Board of Directors, dividend warrants or checks, or other numerous instruments similar to one another in form, may be signed by the facsimile signature or signatures, lithographed or otherwise produced, of such officer or officers of the Corporation as from time to time may be authorized to sign such instruments on behalf of the Corporation. The Corporation may continue to use for the purposes herein stated the facsimile signature of any person or persons who shall have been such officer or officers of the Corporation, notwithstanding the fact that he may have ceased to be such at the time when such instruments shall be issued.

**IN WITNESS WHEREOF**, United States Fire Insurance Company has caused these presents to be signed and attested by its appropriate officer and its corporate seal hereunto affixed this 10th day of March, 2016.



**UNITED STATES FIRE INSURANCE COMPANY**

Anthony R. Slimowicz, Executive Vice President

State of New Jersey}
County of Morris  }

On this 10th day of March 2016, before me, a Notary public of the State of New Jersey, came the above named officer of United States Fire Insurance Company, to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seal of United States Fire Insurance Company thereto by the authority of his office.

**SONIA SCALA**
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES 3/25/2024
No. 2163686

Sonia Scala, (Notary Public)

I, the undersigned officer of United States Fire Insurance Company, a Delaware corporation, do hereby certify that the original Power of Attorney of which the foregoing is a full, true and correct copy is still in force and effect and has not been revoked.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the corporate seal of United States Fire Insurance Company on the __15__ day of __August__, 20__22__

**UNITED STATES FIRE INSURANCE COMPANY**

Daniel Sussman, Senior Vice President

*For verification of the authenticity of the Power of Attorney, please contact 860-956-3424 or email: patricia.taber @amyntagroup.com