**YOUNG CONAWAY**

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**CHARLOTTE**
CARILLON TOWER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

February 7, 2025

**VIA CM/ECF**
The Honorable Colm F. Connolly
Chief United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

      **Re:**  *Eastern Pacific Chartering (22) Inc. v.*
             *Louis Dreyfus Company Freight Asia Pte Ltd. et al.*
             **Civil Action No. 1:22-cv-00958-CFC**

Dear Chief Judge Connolly,

      We write for the parties further on status responding to the Court's January 24, 2025 Oral Order.

      As reported earlier, after Defendant Louis Dreyfus Company Freight Asia Pte Ltd. provided a bond, August 17, 2023 (D.I. 28), this Court approved the bond and stayed this case pending the outcome of ongoing London maritime arbitration.

      London maritime arbitrations typically take years to conclude, and this is one of those. The London maritime arbitration continues and now likely will continue well into 2025 and perhaps 2026.

      Consequently, Plaintiff respectfully requests that this case remain stayed pursuant to this Court's Order.

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P   302.571.6600   F   302.571.1253   YoungConaway.com

Young Conaway Stargatt & Taylor, LLP
The Honorable Colm F. Connolly
February 7, 2025
Page 2

                                        Respectfully submitted,

                                        */s/ Timothy Jay Houseal*

                                        Timothy Jay Houseal
                                        (DE ID #2880)

cc:  All Counsel of Record – via CM/ECF
      J. Stephen Simms, Esq.